UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA CARRASCO,
                          Plaintiff,

            -against-

METROPOLITAN TRANSIT AUTHORITY, et al.,
                         Defendants.
------------------------------------------------------------X

24 Civ. 4265 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on August 7, 2024.  As discussed at the conference, it is hereby

      **ORDERED** that Plaintiff shall file an amended complaint by **September 13, 2024.** Defendants shall answer or otherwise respond to the amended complaint by **October 4, 2024.** The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

Dated: August 8, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE