UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA CARRASCO,

                                         Plaintiff,

-against-

METROPOLITAN TRANSIT AUTHORITY
et al.,

                                         Defendants.
------------------------------------------------------------X

24 Civ. 4265 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on October 28, 2025. As discussed at the conference, it is hereby

**ORDERED** that, by **October 31, 2025**, Plaintiff shall serve a settlement demand on Defendants. It is further

**ORDERED** that, by **November 7, 2025**, the parties shall file a joint status letter advising whether they request a referral to a settlement conference before Magistrate Judge Moses or to the court-annexed mediation program, or intend to pursue settlement discussions with a privately retained mediator; or, in the alternative, proposing a briefing schedule for Defendants' anticipated motion for summary judgment. It is further

**ORDERED** that, by **November 7, 2025**, Defendant shall file an Answer to the Second Amended Complaint.

Dated: October 29, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE