

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

November 6, 2025

<span style="color:blue">Application **GRANTED**.  The parties' deadline to file the status letter is extended to **November 14, 2025**.

Dated: November 7, 2025
     New York, New York</span>

**VIA ECF**

Honorable Lorna Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Alicia Carrasco v. Metropolitan Transit Authority, et al.,*
       **Case No. 24-cv-04265 (LGS)**

Dear Judge Schofield:

The parties write jointly to respectfully request a one-week extension of the deadline set forth in the Court's October 29, 2025 Order (ECF No. 91) requiring the parties to file a joint status letter by November 7, 2025. The requested extension would move the deadline to **November 14, 2025.**

The additional time will allow the parties to complete ongoing discussions and determine whether they wish to proceed with a referral to mediation or continue towards summary judgment.

This is the first request for an extension of this deadline and granting it will not affect any other scheduled dates.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Rebecca Goldstein*

Rebecca Goldstein
Emma Diamond

cc: Counsel of record (via ECF)