UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :
ALICIA CARRASCO,                                              :
                                        Plaintiff,            :           24 Civ. 4265 (LGS)
                                                              :
                    -against-                                 :                ORDER
                                                              :
METROPOLITAN TRANSIT AUTHORITY et                             :
al.,                                                          :
                                       Defendants.            :
------------------------------------------------------------ X
LORNA G. SCHOFIELD, District Judge:

        WHEREAS, counsel for Defendants Emma J. Diamond filed a notice of withdrawal of

appearance.  The Order entered December 2, 2025, directed counsel to file proof of service on the

clients as required by Local Civil Rule 1.4(b) by December 9, 2025.

        WHEREAS, counsel failed to file the proof of service.  It is hereby

        **ORDERED** that, as soon as possible and no later than **December 12, 2025**, counsel shall

file proof of service on the clients of Attorney Diamond's notice of withdrawal.

Dated: December 11, 2025
        New York, New York

                                                _____
                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE