UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                   :

ALICIA CARRASCO,                       :

                  Plaintiff,    :

                            :          24 Civ. 4265 (LGS)

       -against-            :

                            :          ORDER

METROPOLITAN TRANSIT AUTHORITY et  :
al.,                                 :

                 Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this action on February 10, 2026.  As discussed at the conference, it is hereby

      **ORDERED** that, by **February 13, 2026**, Defendants shall produce all known outstanding responsive documents, including the e-mail thread discussed at the conference.  It is further

      **ORDERED** that, by **February 18, 2026**, Plaintiff may serve up to five interrogatories related to information in Defendants' most recent productions (beginning with the production dated January 2, 2026).  Defendants shall respond to the interrogatories by **February 24, 2026**. Each of Defendants' responses shall include the name of one witness (or, if necessary, multiple witnesses) with personal knowledge of the facts in the response.  It is further

      **ORDERED** that, by **February 20, 2026**, Defendants shall interview document custodians to determine whether there are any additional potentially responsive documents that remain unproduced.  Also by **February 20, 2026**, Defendants shall file a letter stating:

- The names of the custodians whom Defendants interviewed;

- Whether Defendants have discovered any additional responsive documents that have not been produced, or that there is no reason to believe there are any such documents;

- The number of pages in Defendants' production dated January 2, 2026, that had not been produced previously, and confirming that these pages should not have been captured based on the parties' agreed search terms.  It is further

ORDERED that, by **March 13, 2026**, Plaintiff shall file an opposition to Defendants' motion for summary judgment.  By **March 27, 2026**, Defendants shall file a reply in support of the motion.

Dated: February 11, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE